AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Miguel Rivera**

vs.                                                                                   Case Number: **03-1382**

**J Melvin, Counselor; Marge Haab, Mailroom Supervisor;
Cox, A/S Warden; Adella J Luster, A/S Warden; Mote, Warden;
Troy Whitaker, Internal Affairs; Deatherage, Lieutenant, #2399;
Mark Spencer, Law Library Supervisor, Pontiac Correctional
Center**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. 1915A.

ENTER this 23rd day of September, 2004

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY: DEPUTY CLERK