E-FILED
Tuesday, 01 February, 2005  04:04:15 PM
Clerk, U.S. District Court, ILCD

(Attention)

to: the Clerk of the court,
Mr. ~~John~~ John M. Waters,

FILED
FEB - 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1-29-05,

My name is Miguel Rivera #N-23881. I'am at the pontiac corr. ctr. again,

I'am writing to you because on September 21st, 2004. My case 1:03cv-1382. was denied as moot [d/e 7, 28, 31, 34,]. By the Honorable Judge: Harold A. Baker, and I was told by the court to inform them if I was transfer, so I'am doing it as I have been order... I'am also sending a letter to the same Judge: Harold A. Baker, because it is in a emergynce. so please give this letter to the Judge please; thank you, very much, for your time, help, and understanding,

Miguel Rivera #N-23881,
pontiac C.C.
P.O. Box 99
pontiac, IL, 61764,

(Emeregnce Attention)

1-29-05.

To: the Honorable Judge: Harold A. Baker,

My name is Miguel Rivera # N-23881. I'am at the pontiac-corr.ctr. — My case No. was 1:03-CV-1382.

Dear, Honor,

I'am writing you this letter to inform you that the warden of the menard c.c. did transfer me on 1-19-05, because the gang hit on my life... follow me there and I was still having to much gang trouble at the menard c.c. poputation, and p.c., But your Honor, the warden of menard, and the warden, of Stateville c.c., and the old warden Mr. mote, of pontiac c.c., keep on having me placse in corr.ctr. where I have enemise at, and the Lt. Mr. fordson, of interal affairs. from the menard c.c. looked up my name and I-D. number on his computer.... and seen all my enemise name on my enemise list, and in Stateville c.c. poputaition. But as you know your Honor, I have giving the court... of the enemise's I have in the pontiac c.c. p.c., your Honor, the pontiac c.c. interal affairs here at the pontiac c.c. are stateing to me that I do not have no enemise here at the pontiac c.c., my counselor Mr. osman, is stateing the same thing, too me, afrter I went througth all the gang trouble and gang's making threats to me back in 2002 and 2003. and seen interal affairs #9-times and all they did was went to all my,

and Lt. Dea. The # 3 of old pontiac c.c. will not help me, enemise and talk to them, and that did put my life more in danger. your Honor... and now interal affairs and my counselor Ms. Osman, is saying I don't have no enemise here at pontiac c.c. P.C... which is a lie sir, because I do see 5 or 6 enemise on the same gallery with me and #3 of them on #5 gallery. your Honor, forgive me for the words I'am going to say in this letter, because these are the words my enemise are stateing me, my enemise are telling me they are going to get me and (fuck me up) on the gallery or at the commissary... and they are informing the inmates in there gang that I'am Back at pontiac c.c. again in cell 728, I do have one enemise Right next door to me in cell 729.... and, they are waiting to see if the new warden of pontiac to give me a job working in the inmate kitchen. cause that's a other area where gang bangers can put a hit at your Honor, and my enemys are working in the inmates kitchen and in the officers kitchen. But the warden of menard and my counselor Ms. Osman, here at pontiac c.c. P.C. and interal affairs... are stateing to me that I need a Judge to give the Director of the I.D.O.C. a court order, to please place me in the illinois River c.c. witness protection program P.C., or the Stateville-C.C. X-house. P.C. for my safety... because I can not be place in a no populaition, do too this life threating gang hit out on my life your Honor, may I please have your help. Because I have ask the major Mr. melvin, and the warden of pontiac may I please have a officers to Be on the gallery with me and in the commissary room with me major melvin, said NO to me... your Honor, please your Honor. understand that, I'am in Serious danger here at pontiac c.c. P.C. and I can't Return to the menard c.c. populaition, or P.C., or Stateville populaition.

and all so your Honor, I have to hope and pray that my Judge. in my post-conviction don't dismiss my case because.... I had to write to her and my public defender, about this serious danger's gang hit out on my life. cause what my counselor miss Ms. Osnuk, and internal affairs is saying to me that I need a Attorney and a Judge to give the court order. to place me in the Illinois River c.c. witness protection program p.c. for my safety, and if they don't help me. your the only Judge I know him knows about this cause your Honor, I don't have no one no mom no father to help me pay Attorney... and my sister and brothers don't care if I get killed, like they didn't care for my mother when she pass away in 2002, please have marcy please your Honor, may I please have your help. could you please get back with me sir... please let me know you have Received this letter, I thank you, for your, time, help, and understanding Judge, Harold A. Baker, sir. this is in a emeregnce, By law I was not to be transfer back to pontiac c.c. p.c. do to enemise's,

Sincerely yours,
Miguel Rivera #N-23881
pontiac c.c.,
p.o. Box 99
pontiac, IL, 61764.