E-FILED
Tuesday, 15 February, 2005 03:32:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MIGUEL RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 03-1382 |
| ) | |
| J. MELVIN, MARGE HAAB, J. COX, ) | |
| ADELLA J. LUSTER, STEPHEN MOTE, ) | |
| TROY WHITAKER, LT. DEATHERAGE, ) | |
| and MARK SPENCER, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO
### PLAINTIFF'S MOTION FOR RECONSIDERATION

NOW COME Defendants, MARGE HAAB, MARK SPENCER, STEPHEN MOTE, ADELLA JORDAN-LUSTER, JENNIFER MELVIN, TROY WHITAKER, JAMES G. COX, and LARRY DEATHERAGE, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby respond to Plaintiff's "Emergenc[y] Attention To the Honorable Judge Harold A. Baker" that was filed by the Court as a Motion for Reconsideration (herein "Motion").

### I. BACKGROUND

Plaintiff's Complaint, filed on December 11, 2003, was brought pursuant to the Civil Rights Act (42 U.S.C. §1983). On September 22, 2004, the Court dismissed the Plaintiff's Complaint, without prejudice, pursuant to Rule 12(b)(6).

## II.  ANALYSIS

In his Motion, the Plaintiff indicates that he has been transferred from Menard Correctional Center to Pontiac Correctional Center, Protective Custody.  The only apparent relief sought by the Plaintiff in his motion, is that he be transferred to either the Illinois River Correctional Center Witness Protection Program Protective Custody, or the Stateville Correctional Center "X-house" Protective Custody.

Nevertheless, it is in the public interest to allow prison officials, rather than the courts, to make decisions concerning the safe and orderly management of prisons.

> In constitutional contemplation, the intrastate interprison transfer of a state prisoner is merely a change of cells; the prisoner has no constitutionally cognizable entitlement to be located in a particular cell within a prison or at a certain location in the state-his freedom in that regard having been extinguished by his conviction-unless the state confers upon him such a substantive right.
>
> * * *
>
> [I]nterprison transfers obviously are not "mindless events;" rather, "(t)ransfers between institutions ... are made for a variety of reasons and often involve no more than informed predictions as to what would best serve institutional security or the safety and welfare of the inmate." Such a predictive "decision turns on a 'discretionary assessment of a multiplicity of imponderables, entailing primarily what a man is and what he may become rather than simply what he has done.' "  Such discretionary decisions are the business of penologists and "are not the business of federal judges."

Shango v. Jurich, et al., 681 F2d 1091, 1102 (7th Cir. 1982) (citations omitted).

The Plaintiff is not entitled to the relief that he has requested, and his motion should, therefore, be denied.

WHEREFORE, Defendants, MARGE HAAB, MARK SPENCER, STEPHEN MOTE, ADELLA JORDAN-LUSTER, JENNIFER MELVIN, TROY WHITAKER, JAMES G. COX, and LARRY DEATHERAGE, respectfully request that this honorable Court deny Plaintiff,

MIGUEL RIVERA's Motion for Reconsideration and grant such other relief as the Court deems equitable and just.

        Respectfully submitted,

        MARGE HAAB, MARK SPENCER, STEPHEN MOTE, ADELLA JORDAN-LUSTER, JENNIFER MELVIN, TROY WHITAKER, JAMES G. COX, and LARRY DEATHERAGE,

            Defendants,

        LISA MADIGAN, Attorney General for the State of Illinois,

David M. Walter, #6244907         Attorney for Defendants.
Assistant Attorney General
500 South Second Street
Springfield, IL 62706         By: /s/David M. Walter
(217) 782-5819                   David M. Walter
                              Assistant Attorney General

Of Counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2005, I electronically filed Defendants' Response to Plaintiff's Motion for Reconsideration with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

**None**

and I hereby certify that on February 15, 2005, I mailed by United States Postal Service, the Notice of Substitution of Counsel to the following non-registered participants:

>Miquel Rivera, #N-23881
>Pontiac Correctional Center
>700 W. Lincoln
>P.O. Box 99
>Pontiac, IL 61764

>Respectfully Submitted,
>
>By:  /s/David M. Walter
>     David M. Walter
>     Assistant Attorney General
>     500 S. Second Street
>     Springfield, Illinois 62706
>     Telephone: 217/782-5819
>     Fax:    217/524-5091
>     E-Mail: dwalter@atg.state.il.us
>     Attorney Bar #: 6244907