E-FILED
Wednesday, 23 February, 2005  01:58:43 PM
Clerk, U.S. District Court, ILCD

FILED

FEB 2 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

03-1382

To the Honorable Judge Mr. Harold A. Baker,

Dear Mr. Baker,

My name is Miguel Guevara, #K-, I am the petitioner of the case.

I am writing this emergency letter to you because I, Miguel Guevara, need an extension on my Notice to appear to the Sheredyn Troubles because the Plaintiff are in having a lot of many by the large company, through of the ___ have given that he has to ___ unsigned or others, to reach with ___ to the commissary or to the ___ Morning ___ to me, I have to go to the ___ library with ___ ___ library, a station my ___ go to ___ ___ ___ the ___ ___ ___ ___ ___ to attack in the commissary ___ ___ ___ of the officer, she now how ___ ___ go to ___ ___ to ___ ___ ___ ___ that day. The ___ ___ ___ ___ ___ the ___ don't know the ___ ___ ___ ___ said that the only place for the ___ ___ ___ ___ about my safety,

[illegible] know what [illegible] [illegible] the Talk to the [illegible] may [illegible] [illegible] [illegible] would have [illegible] here at the [illegible]

[illegible] to help me with protection [illegible] the law library [illegible] [illegible] [illegible] [illegible] [illegible] care of myself [illegible] [illegible] [illegible] Pontiac [illegible] [illegible] [illegible] because [illegible] Detherow [illegible] [illegible] the plaintiff [illegible] [illegible] Pontiac [illegible] because [illegible] case [illegible] the protection [illegible] [illegible] [illegible] [illegible] [illegible] the plaintiff [illegible] [illegible] in Pontiac [illegible] [illegible] [illegible] [illegible] the plaintiff [illegible] in Pontiac [illegible] [illegible]

M.R.

the hard copy went to state [illegible] 3 pages

[illegible] [illegible] Pontiac [illegible]

A [illegible] Emergency.

FILED

FEB 2 [illegible]

JOHN M. [illegible]
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To The Clerk of the Court; [illegible]

My name is Miguel [illegible] of the [illegible]
My case no 03-1382.

I am writing this letter to you because I [illegible] to [illegible] to my judge [illegible] emergency. [illegible] the [illegible] been [illegible] to live at the [illegible] my [illegible] the Judge [illegible] and I am mailing a ~~[illegible]~~ hand writing copy to the [illegible] Attorney [illegible] this [illegible]. Thank you [illegible] time and help.

Sincerely,

Sincerely,
Miguel [illegible]
[illegible]
[illegible]