IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

Miguel Rivera
    PlainTiff,

    -Vs-

No. 03-1382

J. MELVIN, MARSE HAAB, J. COX,
AdELLA J. LuSTER, STEPHEN MoTE,
TROY WHITAKER, LT. DEATHERAGE,
AND MARK SPENCER,

**FILED**

MAR 11 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PLAINTIFF'S RESPONSE TO THE DEFENDANTS MOTION FOR RECONSIDERATION AND To denied The DEFENDANTS MOTION.

NOW COME'S The PlainTiff. I Miguel RiverA, Pro, se, here IN AND This HonorbaLe JudGe AND CourT. fore AN ReCoNsiderATioN. AND To ENTER A order o"PProTeCTioN A IN A EMergeNcY"! fore The foruTh goiNg STATING AS follows, This Cause Should be ReCoNsideR Coause The PlainTiff Rivera do have A LoT of ENeMies Here AT The PoNTiAc C.C. IN The Year of 2002 AND 2003. The PlainTiff Rivera, was goiNg Through gang Trouble And being iN Serious danger AT The "PoNTiAc", And Now Then he was Transfer To The Menard C.C. IN 2003. The "gang hit" followed The PlainTiff Rivera, EveryTime The PlainTiff Rivera. had To SeeN INTerNal Affairs CoNceriNg The gang HiT ouT oN his Life - All INTerNal Affair's was PuT The PlainTiff Life IN More danger BY goiNg To Talk About This gang Trouble To MY ENeMies useiNg The PlainTiff NAME, Then when These gang MenBers See The PlainTiff They Pass The word ouT ToThere fellow Men gang MenBer's ThaT The PlainTiff wit WeNT To INTerNal Affairs oN Them - Then The PlainTiff Receive's gang-ThreaTs. ANd SeTs SeT uP BY These same gang MenBer's... PlainTiff RiverA, was beaTiNg uP BY his cellMate iN Menard P.C The gang called B-D's SeT The HiT uP, because They were friends with MY cellY, After The WardeN of MeNard C.C. fineLly goT word froM LT. Farson, from INTerNal Affairs ThaT INMaTe Rivera IN P.C. is hAviNg To Much gang Trouble AT Menard from PoPulation And P.C. The WardeN It HAd The PlainTiff RiverA TransfeR Right BACK Too The PoNTiAc C.C.-P.C. because The INTerNal-Affairs is STATING INMaTe RiverA. don'T hAve No ENeMies AT PoNTiAc C.C. P.C. Which is NoT Tot RighT, The PlainTiff RiverA, have giviNg NameS of SoMe of his ENeMies To The INTerNal Affair's officer's here AT The PoNTiAc C.C. P.C. IN 2002. aN 2003, ANd Too Mc.TRoY WHiTAKer, he he's The Head Man of INTerNal AffairS All So if The PlainTiff Rivera. didN'T give A LiST of ENeMY NAMes To INTerNal Affair How did They know Hwo Too go and Talk with from The PlainTiffs ENeMies, IN 2002 ANd 2003,

AND AT Time There is A GANG-chife froM The G-D's NAME Mr. Hairrs Solo, ThAT was The PlaintiFF RiverA's cellMate AT The MeNArd C.C.P.C. Back iN March 8, 2004. iN cell 208. inMate Hairrs Solo. was oN his way out The Cell To Go To CoMMissary oN MoNDAY 8, 2004. he Try To Get iNMate Rivera, hit BY his ENeMies - inMate Mr. BROWN, And inMate Tony HAll. They Are GANG MeNBer's of The G-D's. But iNMate BROWN, And inMate Hall, is Still AT The MeNArd C.C.P.C. But Mr. Hairrs Solo, is here AT The PoNTiAC C.C.L.P.C. With the PlaintiFF Mr. RiverA, This is How PoNTiAC C.C.P.C. And MeNArd C.C. MaYed A Pattering ThAT TheY All way House Place The PlaintiFFs oN TransFe To A CorrectioNAl Center Where The PlaINTiFFs do HAve A Lot of ENeMies. Now Mr. Solo, seNT word To The G-D's oN All The GallerYs iN The s.cell-House iN P.C. To Pull The GanG hit oN Mr. Rivera, And MeNArd C.C. Just seNT More inMate's To PoNTiAC P.C. ThaT is ENeMies of The PlaiNTiFF RiverA. oNe of TheM is The iNMate ThAT had RiverA. beaTeN up BY his ceilY, This inMate is A GanG The B-D's. he's A Levl-E. Now The PlaiNTiFF th have To inMates oN The same GallerY With AT ReFtly is his ENeMies. The PlaiNTiFF shouldN't have BeeN TransFer Back To The PoNTiAC C.C. P.C. HaviNG A LoT of ENeMies here AT PoNTiAC-P.C., The PlaiNTiFF should have BeeN Place iN The illiNois River-C.C. WitNess ProTectioN PrograM P.C. oA AT STATeville C.C.P.C. x-house foF his saFetY.

## further MorE whY A order of ProTactioN is Needed.

The PlaINTiFF Mr. RiverA. WAS TRANSTFer BACK To The PoNTiAC C.C.P.C. oN 1-19-2005. froM ThaT dAY oN he BeeN Receiving GanG-Trouble froM his ENeMies AT PoNTiAC. wheN Lt. DEATheRAGe, And Tory WhiTAKer, heared ThaT Mr. RiverA. was Back iN PoNTiAC C.C.P.C. TheY GoT Mad AT Me. STATiNG you don't have No ENeMies here, And STared inforMiNG MY ENeMies ThaT I was here. The ENeMies STared coMiNG oN #7-gallery To Look iN MY cell 728. To see iF iT was The PlaiNTiFF The ENeMY would saY we goT you. And Walk waik a waY, oN 2-2-2005. The PlaiNTiFF RiverA. And his couNSelor. Ms-OsMeN, TAlked About All This GanG-Trouble froM The Pass To This dAY oN. we did A oThere ENeMY-LisT With ENeMY NAMes GanG-NaMes And There Real NaMe's. ThaT VerY saMe dAY. The PlaiNTiFF Received News ThaT he was To GeT seriouslY hurt oN 2-3-0S. AT CoMMissarY The dAY of CoNMissarY while iN coMMissarY A iNMate Called-PoPa-G. froM The GanG-G-D's. CAMe up To The PlaiNTiFF, And STATed iF ThaT officer wasN'T iN here "I sPlit you HeAd oPeN." The PlaiNTiFF Looked for The officer PoPa-G. WeNT a waY. MY CouNSelor Ms-OsMeN, knows A GanG fight is GoiNG To haPPeN, she Tells Mr. RiverA. iNTerNAl AFFairs will be CALL iNG for Me To TAlk with you. The PlaiNTiFF. see iNTerNAl AFFairs-officer Mr. Lebby, he STATed ThaT we CAN NoT SubsTanTiaTe YouR coMPlaiNT. But he will TAlk inMate Hairrs Solo, And Mr. Lebby. said ThaT RiverA doN'T have AN ENeMY LisT. And he don'T WANT To PuT Rivera iN seg, oN 2-18-05. The PlaiNTiFF's ENeMies Go To TAlkiNG To each other AT Night TiMe STATiNG oNe of The iNMate's ThaT works for Lt. DEATheRAGe. STATe's The Lt. said RiverA doN'T have NoThiNG coMiNG MeaNiNG MY help for MY saFetY. The saMe way With iNTerNAl AFFairs, The PlaiNTiFF hAve NoT GoiNG To The diNiNG Hall To eaT Cause of This serious LiFe The raTeN Matter. AT hand. The PlaiNTiFF AN PrAY for The "HoNorbalE Judge Harold A. BAker," ATteNTioN And Give The PlaiNTiFF the order of ProTactioN iN A EMeregency, And Place him iN The illiNois River C.C. witNess ProTactioN PrograM P.C. or AT STATeville C.C.P.C. x-house. . . The PlaiNTiFF is suFFeriNG BadllY do To The cause of The gang-TroublE And saFetY CoNcerN. PrisoN officials have 2. dufY to fake seriouslY Real reasoNAble steps to insure the saFetY of iNMate's, iNcludiNG harm doNe by oNe iNMate to aNoTher MeNard C.C. filed PoPe Vishafer. 86 73d 9o, whAT TheY do TransFer The PlaiNTiFF Right Back To PoNTiAC. C.C.P.C. With MorE ENeMies, also see Haley Vs Gross. 86 F.3d 630.

show The seriousness of his claim And This Attack adds To The Petitioner Need For Protective Custody And Need of A order of Protection while he is AT Pontiac C.C. P.C. When inmate's repeated Request for help Places Appropriate Prison officer on Notice of life Endangering situation, Constitutional duty of Care arises, binding such official to take Real serious reasonable Measures to insure The inmate's safety 42 U.S.C.A. § 1983 West V. Rowe, 448 F. Supp. 58. Thus due to Petitioner Madical Need. Threats and so on. But Mr. Tory WHITAKER, And Officer Mr. Lebby, Lt. Death Rage, don't go By The law, They Think The PLAINTIFF is Crayz. and procured by petition His Need For *Protective order of Protection* And *Protective* custody has been Established But Safety had not. by This facility for The Petitioner, all so see letter from The Plaintiff Attorney. warden of, Pontiac have Not said nothing To him about it.

<u>CONCLUSION #</u>

The PLAINTIFF hopes And Prays. THAT the "Honorable Judge Mr. Harold A. Baker," will grant this Cause To The PLAINTIFF Mr. Rivera, on The above grounds do because. The PLAINTIFF shouldn't have been Transfer Back To Pontiac To Receive More gang Trouble And To Receive Reveng By The officials, And The suffering The PLAINTIFF is going Through, Here AT Pontiac. PLAINTIFF Prays E THAT Judge Har Harold A. Baker. will Look AT The PLAINTIFF Motion from March 8, 2004. And see The Enemies Name. Hairrs sole, And grant The PLAINTIFF order of Protection, in A Emeregency. And grant The PLAINTIFF law Sue, beau if order of protection is Not grant This Time The PLAINTIFF is going To get seriouslly you hurted, By Enemies. The PLAINTIFF went Through A.R. Board and the Director I.D.O.C. No help Transfer Right Bank To Pontiac.C.C. P.C. The Plaintiff strongly belives that P officials AT Menard C.C. waited To Tranrfer The PLAINTIFF BACK Too Pontiac until This cash cause was dis Miss. while pontiac, is STATING To The I.D.O.C. Respectfully Submitted. THAT The PLAINTIFF don't have <u>No</u> enemies AT Pontiac.C.C. P.C. THAT is unTrue,

Miguel Rivera
Miguel Rivera, Pro. se.
Pontiac C.C.
P.C. Box 99
Pontiac, IL, 61764.

## CONCLUSION II

ON 2-26-2005, Counselor-Ms. N. OSMAN, STATE'S ThaT The WardeN OF PONTIAC C.C. deNied The PlaiNTiff ENEMies-LisT. ANd Refuse To Give The PlaiNTiff ProTecTioN To The LAW Libaray ANd CommissarY,

The PlaiNTiff was Place iN Seg for A iNvesTigaTioN. becaUse of The gaNg-Trouble he is haveiNg iN PoNTiAC. ANd 3-1-05, My CouNselor Ms. OSMAN, STATEd To The PlaiNTiff ThaT She is goiNg To PuTMe iN for A TraNsfer To STATE ville C.C. - P.C. - P-ParTY for MY SafeTy... ANd ON 3-2-05. MAJor Melvin, ANd Lt. DeATheRAge, Had Clo.wabber, from INTeral Affairs. To Fro force Mr. Rivera, iNTo SigNiNg ouT of P.C. oN 3-2-05. AT 1:30 PM, The PlaiNTiff Said No To Clo. wabber, So he Had The PlaiNTiff Place iN Seg. BuT NoT his eNeMies for A iNvesTigaTioN, The PlaiNTiff BeeN haviNg Trouble geTiNg His PerPerTY. he Told The WardeN AbouT his deAdliNe... PersoNal PerPerTY did NoT. Give The PlaiNTiff His PerPerTY uNTil ToDAY 3-7-05. The PlaiNTiff is seNdiNg Two letters with AffidAviT, ANd he Hope ANd Pray ThaT The HoNorable Judge Harold A. Baker, will graNT The PlaiNTiff. cause. ANd To diead The DefeNdANTs MoTioN, The PlaiNTiff is haviNg To Much Trouble wiTh The gangs here iN PoNTiAC. C.C. ANd wiTh Proison officiaLs AT The PoNTiAC.L.C., Now DefeNdaNT Mark SpeNcer, is giviNg The PlaiNTiff Trouble in giviNg NoTarY ANd Copies fordead- LiNeiNg wiTh The CourTs, ThePlaiNTiff.                       Miguel Rivera

Hope's aNd Prays ThaT The CourT                           Per
Receive's his LeTTer BY Now. aNd
The DefeNdANTs ATTorNey To,                               Pro, SE
ON 3-7-05. A Ms. MarrY, B. from The
Law Libaray. Told C/o. gerberdiNg #366.
To PuT My MoTioN iN The Mail. They NoT
WorrIed A about The deadLiNe,



Law Office of the
COOK COUNTY PUBLIC DEFENDER
69 West Washington Street • 15TH Floor • Chicago, IL 60602 • (312) 603-0600
**Edwin A. Burnette • Public Defender**

February 7, 2005

Mr. Guy Pierce,
Warden
P.O. Box 99
Pontiac, IL 61764

Re: *Miguel Rivera,* N 23881

Dear Warden Pierce:

I write on behalf of Mr. Miguel Rivera, N-23881, who was recently transferred to Pontiac. Our office represents Mr. Rivera on his petition seeking collateral relief from his convictions and sentences.

Mr. Rivera informs me that he is desperately concerned about his safety because he is housed with gang members who, he believes to be his enemies, and his welfare is supervised by IDOC personnel who, he believes, have motives to see him harmed because he had previously attempted to sue them in Federal Court.

Obviously, I cannot speak to these concerns with first-hand knowledge. But I thought it best to call this matter to your attention so that you would be able to have your staff look into matters.

Sincerely,

Andrea Monsees $A M$
Assistant Public Defender

pc: M.Rivera

STATE of Illinois
County of Livingston,

Affidavit

I, Miguel Rivera, deposes and say that as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she has read the foregoing document, by his/her signed, and that the statements contained therein are true in substance and in fact.

Signed before me this _____ day of _____, 2005.

_____
Notary Public

s/s Miguel Rivera
Plaintiff, Pro Se,

* Attintion please *

2-5-05.

to: c/o. Wabber, - interal Affairs,

This is Miguel Rivera #N-23881. in west seg- R-319.

I am writing to you. because you stated by me being in seg l. can have my legal work did, and get notary and copies did. But to day is my dead line. 3-5-05. I sent a letter to personal - perperty, and told them about my dead-line. I never got a ansuer back. and I do know that you, and Major melrin, and the Lt. of the 5-p.c. cell house want me too sign out of P.C. But I'm not, and may I please see you. I need to know what are you doing in your investigtion. and if you put me back in P.C. here at pontiac, and I get hurt on any gallery you know where. that Blam gose to. and may I please have my legal box. it is in a Emeregency court dead line, I know huwo to Blam for this.

C.C.        Miguel Rivera #N-23881

M.R.        west seg - R-319.

*Emeregency Attention please* X on Back

3-5-05

to: Warden Mr. guy D. pierce,

This is Miguel Rivera #1-2881. in west Seg-R-3.

Dear Mr. pierce,

I am writing you. this Emeregency letter, because
Major Melvin, and the Lt. of the S.P.C. had me
put in Seg. for a investigation, for the gang-
trouble. I am having here at pontiac... I don't
feel that it Right to only put one inmate in
Seg. Sir, and ~~not~~ all so C/o. wabber, from —
interal affairs, was trying to force me
into sign out... and all I needed was my
protection to the law libaray and to commiss-
ary Sir, now I am the only one seting in Seg.
not my enemies, and C/o. wabber, from interal
affairs do know I can't go Back to menard c.c
or there p.c. and he do knows I can't be in
State Ville - poppulagtion. they all do know
the Safety place for me is the Illionis
River c.c. witness protention program p.c.,
or State Ville. p.c. x- house for my safety.
and the only one's ~~to know~~ can approved that
transfer is you Sir. and the Director, My
counselor Mr. osman, said to me on 3-1-05.
that you diead my enemies list. and that

She was going to try to put me in for the
Transfer to Stateville. P.C., because I am not
Safe here at pontiac. all so I been trying
to get help in my protection for two weeks
now... to go to the law libaray and to commiss-
ary. But now I can't even get my legal Box becaus
it is in personal perperty. my dead-line wa
on Satday 3-4-05. and today is 3-5-05. I sen
a letter to personal perperty and to c/o. wabber,
I.A. I never got answer Back, may I please
have my legal Box from personal perperty on
monday 3-6-05. I have to inform the court
what is going on here at pontiac, and
I have sent c/o. wabber, I.A, a letter about
my dead line and what is going on with
his investigation may I see him, I have
not heard nothing Back, not even from perso
so personal perperty... Sir, Sir. may I
please have my legal Box from personal -
perperty on monday 3-6-05. and get to the
law libaray for notary and copies please

C.C.            Miguel Rivera #N-23881
M.R.            west seg - R-319.

STATE OF ILLINOIS

COUNTY OF LIVINGSTON,

Affidavit

Blagojevich

I, Miguel Rivera , deposes And say That As To The Petition —. here in, he/she is The Plaintiff in The Above entitled cause; he/she has Read The fore going document, By his/her signed, And That The Statements Contained There in Are True in substance And in fact. warden, Letter - Front And Back, And clo, wabber, interal affairs - one letter, The Defendants Are The Blam do To The dead Line . fore Notary and copies and fore miling,

signed before me This _____ day of_____, ____,

_____
Notary Public.

s/s Miguel Rivera
Plaintiff, Pro. se,

2, pontiac officials. Refuse to give the plaintiff copies for #7-days..., and they still Refuses to give notary public, Ms. Eden, said, She won't give notary to inmate Miguel Rivera; he Just got #4 copies did on 3-8-05. Ms. Eden., and Mr. Mark G. Spencer, Stated Mail it to your Jud- like that Mr. Rivera, on #3-9-05. C/o. gerber #366. Stated to Mr. Rivera, the Plaintiff, that Maj Kennley, told him that law libaray - Ms. Eden and Mark G. Spencer., can not do any thing more for Mr. Rivera; pontiac officials Refuse to gi. the plaintiff. notary public for his his motion to the court..., and for his public Defender. for medical Records, medical Release authorizatio & law libaray Refuse #5. medical Release forms

3-9-0

; to: the Clerk of the Court ; and Court.
(ON Bact

My name is Miguel Rivera #N-23881, at the
pontiac, C.C. — please let me know ti.
these legal documents Been Received
The plaintiff hope and pray that the
Honorable Judge will give him for being
to leat because of pontiac officials
wouldn't give my legal documents an
miss my dead line, because them. the
wouldn't protection me to the law library
and prosonal property wouldn't
give me my legal-Box of me documents,
the plaintiff prays that the court received,
letter By now it was mailed out on 2-25-2005.

...said's the courts can not
pontiac officials. and that Major kennw
not come to talk with Mr. Rivera. But th
rden. laubach, told Mr. Rivera; to conte
enndley. about this Harassment that is
lied to Mr. Rivera, all because of this cou
urt with the Defendants, now the plain
to mail these legal document - motion
ied mail, to the clerk of the court and Ju
his case No.03-1382, the plaintiff is seekin
onorable Judge and court help in a emoti
gncy... because he the plaintiff is no
in pontiac c.c. p.c. or menard c.c. popula
menard p.c. not even in Stateville c.c.-
lgation. he can only be place in the -
ois River c.c. witness protection program
unit, or Stateville c.c.-p.c.-x-house Pt-po

Miguel Rivera
N-23881.

---

**STATE OF ILLINOIS**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR PAYMENT**

Date: 3 - 7 - 200

ume (print): Miguel Rivera   I.D. No.: N-23881-   Housing Unit: W-3-R

ase pay to: _____

dress: _____

r: _____ State: _____ Zip: _____

sum of 1000 _____ dollars and ___ cents

charge to my account, for notary and
-Icopies,
"deAdLine" 4+

**APPROVED**   Miguel Rivera   N-23881
**NOT APPROVED**   Inmate Signature   . ID No.

Assistant Warden/Superintendent/Designee   Witness

**REQUEST FOR PAYMENT OF POSTAGE**

stage requested
the amount of _____ dollars _____ cents

---

**REQUEST FOR PAYMENT OF POSTAGE**

I hereby request and authorize payment of
postage for the attached mail.

Inmate Signature

ID No. _____

**FOR TRUST FUND USE ONLY**

Trust Fund Balance   $ _____
Less amount of payment   $ _____
Current balance after payment   $ _____

Check No. _____ Date _____

Business Office

**FOR JUVENILE DIVISION USE ONLY**

Received by: _____
(Staff)   Date




**Illinois**
Department of
**Corrections**

Rod R. ~~Governor~~

Roger E. Walke
Director

Pontiac Correctional Center / 700 W. Lincoln Street / P.O. Box 99 / Pontiac, IL 61764 / Telephone: (815) 842-2816 / TDD: (800)

DATE:       November 4, 2004

TO:         All Offenders

FROM:       Mark G. Spencer MGS KP
            Executive I

RE:         Notary Services

The library will provide notary services on those IDOC approved documents that are
available in the library only for those documents that have a **notary block** printed on the
document.

The library will also provide notary services on those documents, which transfer a
property interest to other party.

If the library staff refuses to notarize a document and you believe that the document is
required to be notarized you should write me at the MAX library with your reasons that
the document should be notarized.

Cc:     Teresa Price, Educational Facilities Administrator
        Library Chron

Mr. Mark G. Spencer, and Ms. Eden;
Refues to give Mr. Miguel Rivera,
notarized. and Mayed Mr. Rivera, Miss
his dead line as well, __Harassment__
Revege cause of the on going gang-
trouble, and this cause in court,
they said give this paper to my
Judge, he can't do nothing about it.

IN THE UNITED STATES DISTICT COURT FOR THE CENTRAL
DISTRICT OF ILLINOIS PEORIA DIVISION

Miguel Rivera
              Plaintiff,

        -Vs-                              No. 03-1382

J. MELVIN, MARIE HAAB, J. COX,
AdELLA J. LUSTER. STEPHEN MOTE,
TROY WHITAKER, LT. DEATHERAGE,
And MARK SPENCER, Defendants,

## PROOF/CERTIFICATE OF SERVICE

To: Clerk of The Court              To: Lisa Madigan/Atty. General
CENTRAL DISTRICT of Illinois           David M. Walter, A/s- Atty-General
100 N.E. MONROE                        500 S. SECOND ST.
Peoria, Illinois 61602                 Springfield, IL 62706

Please Take Notice That on 3-9-2005, I have Placed These documents listed
above in The INSTITUTIONAL Mail AT The Pontiac CORR.CTR., Properly Addressed To
The Parties listed above foR Mailing Threw The UNITED STATES POSTAL service:

        Pursuant To 28 USC 1746, 18 USC oR 735 I Lcs 5/1-109, I declare under
Penalty of PeRjuRy That I'am A NAmed Party IN The Above documents And That
The information CoNTAiNed TheReiN is True and CorrecT To The best of MY
KNowledge.

Subscribed and SWORN To before.
Me This _____ day of _____, 2005.

_____
      NoTarY Public.

                                       /s/ Miguel Rivera
                                              Pro. SE