*Attention, please*

Miguel Rivera #

E-FILED
Thursday, 31 March, 2005 11:43:42 AM
Clerk, U.S. District Court, ILCD

3-24-2005.

to: the clerk of the court
and
the Honorable Judge Mr. Baker,

Dear Sir,

(Emeregency)

FILED
MAR 3 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

I'am writing this "Emeregency letter", to inform you that I was force to sign out of the pontiac.c.c.-p.c. because of one of my enemies - inmate Mr. Harris Solo, gang-chife from the "G-D's", had it set-up for Mr. Rivera, to get him sabbed on 3-17-05. in the commissary... and I was transfer to the Stateville.c.c. on 3-23-2005. I had to sign into the Stateville.c.c.-p.c.x-house for my safety here. I'am safe I'am not having no gang-trouble in the Stateville-p-c-x-house, but the warden here ms. Battaglia, may transfer me Back to the pontiac-c.c. or Back to the menard.c.c., the plaintiff do strongly do belive's his will be killed this time. if he do return's to the pontiac.c.c.-p.c. or the menard.c.c... at this time the plaintiff is sending a emeregency-letter to the warden Ms. Battaglia, of the Stateville-c.c. and to the internal affairs unit Mr. La Torra, for there help for to be place in the Stateville.c.c.-P.C.-x-house permit-praty, they do have p.c. permit-praty for Evel-E's inmate's and inmate's that can't go to pontiac.c.c.-P.C. or to menard.c.c. do to enemies.

But. The plaintiff also do Stronglly belives that the warden here at the Staterville. C.C. my denied the the plaintiff Miguel Rivera, permit-praty- in the x-house p.c. unit, a court order for the plaintiff is need it to be place in the Illinois River. C.C. witness protection program unit- p.c. for his Safety Seriously By the Honorable Judge Mr. Baker, (in a Emergency.) because this is the only too corr. ctrs. the plaintiff can be house's in here at Staterville c.c. x-house- p.c. or at the Illinois River. C.C. - p.c. for his Safety, in A Emergency ... because because he may be transfer again with in the next's two weeks, Back to the pontiac.c.c p.c. or to menard c.c. where he will be killed this time. the plaintiff Hope's and prays that the Honorable - Judge and court will you great the plaintiff Saft Safety, the plaintiff prays that the court have Received his dead-line motion, By now and letters, from postw pontiac. c. c.

Sincerely yours,
plaintiff
Miguel Rivera # N-23881
Staterville. c.c.
P.O. Box 112
Joliet, IL 60434.